

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00328-CV

| | | |
|---|---|---|
| RACHEL HANNAH HUSKINS, Appellant | § | On Appeal from the 467th District Court |
| | § | of Denton County (21-6190-467) |
| V. | § | August 31, 2022 |
| MARCUS EVERETT GARCIA, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant Rachel Hannah Huskins shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
        Justice Wade Birdwell